IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02477-PAB-MJW

KRISTIN MCINTOSH,

Plaintiff,

v.

4625 E. COLFAX, LLC, a Colorado limited liability company,
    d/b/a THE CLINIC ON COLFAX and
4625 COLFAX REAL ESTATE, LLC, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave of the Court to Amend the Complaint and Incorporated Memorandum of Law (Docket No. 9) is GRANTED. Plaintiff is given leave to file an amended complaint.

Date: October 12, 2012