IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02477-PAB-MJW

KRISTIN MCINTOSH,

Plaintiff,

v.

4625 E. COLFAX, LLC, a Colorado limited liability company,
    d/b/a THE CLINIC ON COLFAX and
4625 COLFAX REAL ESTATE, LLC, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that Plaintiff's Motion for Leave of the Court to File Second Amended Complaint and Incorporated Memorandum of Law (Docket No. 15) is GRANTED.  Plaintiff is given leave to file a second amended complaint.

Date: October 30, 2012