IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02477-PAB-MJW

KRISTIN MCINTOSH,

Plaintiff,

v.

4625 E. COLFAX, LLC, a Colorado limited liability company,
      d/b/a THE CLINIC ON COLFAX and
4625 COLFAX REAL ESTATE, LLC, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Vacate November 27, 2012 Scheduling Conference and Stay Discovery, or in the Alternative, Reset the Scheduling Conference (Docket No. 22) is GRANTED in part and DENIED in part.  The motion is GRANTED insofar as the Scheduling Conference set for November 27, 2012 at 10:30 a.m. is VACATED.  The Scheduling Conference is RESET for January 10, 2013 at 1:30 p.m.  Defendants' request to stay discovery is DENIED.

Date: November 20, 2012