IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02477-PAB-MJW

KRISTIN MCINTOSH,

Plaintiff,

v.

4625 E. COLFAX, LLC, a Colorado limited liability company,
    d/b/a THE CLINIC ON COLFAX and
4625 COLFAX REAL ESTATE, LLC, a Colorado limited liability company,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Second Motion for Modification to the Scheduling Order Regarding Expert Designations (Docket No. 42) is GRANTED for good cause shown.  The Scheduling Order (Docket No. 32) is amended to: (1) extend the deadline for the parties to designate all experts with regard to issues on which they carry the burden of proof up to and including July 12, 2013; and (2) extend the deadline for the parties to designate all rebuttal experts up to and including August 12, 2013.

Date: June 13, 2013